IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Securities and Exchange Commission, | NO. C 03-04067 JW |
| Plaintiff(s), | **ORDER CONTINUING PRELIMINARY PRETRIAL/TRIAL RESETTING CONFERENCE** |
| v. | |
| Vincent Steckler, | |
| Defendant(s). | |

Due to the Court's unavailability, the preliminary pretrial/trial resetting conference is continued from August 29, 2005 to September 26, 2005 at 11:00 a.m.

Dated: August 25, 2005

/s/James Ware
JAMES WARE
United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Christopher Charles Cooke ccooke@ckwlaw.com
Christopher D. Catalano ccatalano@omm.com
3  Daniel H. Bookin dbookin@omm.com
David J. Sepanik dsepanik@omm.com
4  Kevin M. Gross grossk@sec.gov
Phillip J. Eskenazi peskenazi@akingump.com
5  Susan F. LaMarca lamarcas@sec.gov

6  **Dated: August 25, 2005**                                 **Richard W. Wieking, Clerk**

7

8                                                             **By:   /s/JW Chambers**
                                                                    **Ronald L. Davis**
                                                                    **Courtroom Deputy**

**United States District Court**
For the Northern District of California